**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**WESTWAY ALLIANCE CORP.,**
*Individually and On Behalf of All Others*
*Similarly Situated,*

                **Plaintiff,**

       **-against-**

**VEON LETD., JEAN-YVES CHARLIER,**
**JO LUNDR, ALEXANDER IZOSIMOV,**
**ANDREW DAVIES, AND CORNELIS**
**HENDRIK VAN DALEN,**

              **Defendants.**

---------------------------------------------------------- x

**1:15-cv-09492 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

By Order dated May 4, 2016, this Court ordered the Clerk of Court to consolidate this case with the related cause under Civil Action No. 1:15-cv-08672. As such, the Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

**Dated:  May 19, 2026**

      **New York, New York**

                          **ANDREW L. CARTER, JR.**
                          **United States District Judge**